In the Matter of 293 NORTH BROADWAY CORP. et al., Petitioners, against ARTHUR LANGE et al., Constituting the ZONING BOARD OF APPEALS OF THE CITY OF YONKERS, Respondents, and SAMUEL EIDELBERG, Intervener, Respondent.— Three neighboring property owners seek by this proceeding, pursuant to article 78 of the Civil Practice Act, to review the determination of the zoning board of appeals of the city of Yonkers granting an area variance to the intervener, permitting him to erect a fifty-five-family apartment house on property which under the zoning ordinance would permit only a forty-two-family apartment house. The proceeding was transferred to this court pursuant to section 1296 of the Civil Practice Act. Determination unanimously confirmed, without costs. Although one who purchases land with knowledge of a use restriction will not be permitted to claim special hardship (*Matter of Clark* v. *Board of Zoning Appeals*, 301 N. Y. 86), that rule does not apply to a variance of an area restriction. (*Matter of Leone* v. *Yates*, 280 App. Div. 823.) Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.